AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:22-CR-133-TOR-5 |
| SASHA M. BARAJAS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                        SASHA M. BARAJAS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 Conspiracy to Commit Bank
18 U.S.C. § 1344(1), (2) Bank Fraud

Date:    Sep 21, 2022, 1:08 pm

*Issuing officer's signature*

City and state:    Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/26/22 , and the person was arrested on *(date)* 10/11/22 at *(city and state)* Renton, WA . |
| Date: 10/11/22 |

*Arresting officer's signature*

Amy Korbf  US Postal Inspector
*Printed name and title*

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**SEP 2 1 2022**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

ANDREA L. BREITHAUPT,
MICHELLE M. ZAT
(a/k/a "Shelley Zat"),
CHRYSTAL M. ZARATE-CRUZ
(a/k/a "Greenie"),
ALICIA A. LOPEZ,
SASHA M. BARAJAS,
BRITTNEY R. MORGAN,
SUSAN D. WILKINS
(a/k/a "Danny"),
JEROME L. MCCLELLAND,
ASHLEE M. MCELROY,
AUSTIN A. WUEST,
TERRI L. JACKSON,
STEVEN EVANS,
KACIE L. KLUNDT,
KIMBERLEE S. KYLES,
KRISTIE M. BLOCH,
MARK A. PRESTON,
SHEENA K. ELLER,
PATRICK D. HUGHES,

2:22-CR-133-TOR

INDICTMENT

18 U.S.C. § 1349
Conspiracy to Commit Bank
Fraud (Count 1)

18 U.S.C. § 1344(1), (2)
Bank Fraud
(Counts 2-88) 87
we 9/20/2022

18 U.S.C. § 982(a)(2), 28 U.S.C. §
2461 (c)
Forfeiture Allegations

INDICTMENT – 1

MARCUS S. HAWKINS, and
WILLIAM H. CAMERON

Defendants.

The Grand Jury charges:

## **GENERAL ALLEGATIONS**

At all times relevant and material to this Indictment:

1.     The term "financial institutions" refers collectively to the entities set forth below.  "FDIC" denotes Federal Deposit Insurance Corporation.  "NCUA" denotes National Credit Union Administration.  Where account and card numbers are referenced within this Indictment, only the last four digits are provided.

| NAME OF BANK | LOCATION OF SERVICE | FEDERAL INSURANCE |
|---|---|---|
| Spokane Teachers Credit Union (STCU) | Washington (Including the Eastern District of Washington) | NCUA |
| Global Credit Union | Washington (Including Eastern District of Washington) | NCUA |
| Horizon Credit Union | Washington (Including Eastern District of Washington) | NCUA |
| Washington Trust Bank | Multi-State (Including Eastern District of Washington) | FDIC |
| Numerica Credit Union | Multi-State (Including Eastern District of Washington) | NCUA |
| Cheney Federal Credit Union | Washington (Including Eastern District of Washington) | NCUA |

INDICTMENT – 2

| Mountain West Bank | Washington (Including Eastern District of Washington) | FDIC |
|---|---|---|
| Twin Star Credit Union | Washington (Including Eastern District of Washington) | NCUA |
| Idaho Central Credit Union | Idaho | NCUA |
| Navy Federal Credit Union | Multi-State (Including Eastern District of Washington) | NCUA |
| Georgia's Own Credit Union | Georgia | NCUA |
| Boeing Employees Credit Union | Multi-State (Including Eastern District of Washington) | NCUA |
| Banner Bank | Multi-State (Including Eastern District of Washington) | FDIC |
| Bank of America | National (Including Eastern District of Washington) | FDIC |

2.     The term "real person victims" refers collectively to individuals, including those identified below by initials and residence, whose means of identification and financial information and documents were possessed, transferred, and utilized without lawful authority.

| INITIALS OF REAL PERSON | RESIDENCE |
|---|---|
| F.R. | Eastern District of Washington |
| P.D.M. | Eastern District of Washington |
| A.G. | Eastern District of Washington |
| W.J. | Eastern District of Washington |
| R.R & D.R. | Eastern District of Washington |
| D.N., K.N., & L.N. | Eastern District of Washington |
| S.S. | Eastern District of Washington |
| R.C. | Eastern District of Washington |

INDICTMENT – 3

| T.T. | Eastern District of Washington |
|------|--------------------------------|
| L.S. | Eastern District of Washington |
| R.H. | Eastern District of Washington |
| M.P. | Eastern District of Washington |
| F.K. | Eastern District of Washington |
| M.M. | Eastern District of Washington |

3.     The term "fictitious person" refers collectively to individuals, who did not exist and were made up to further the crimes committed during the alleged conspiracy in this Indictment where the following initials are found.

| FICTICIOUS PERSON |
|-------------------|
| Grace Knight |
| John Hancock |

4.     The term "organizational victims" refers collectively to the entities, including those identified below by name and location, whose bank account data and other identifying organizational information was possessed, transferred, and utilized without lawful authority.

| NAME OF ORGANIZATION | LOCATION |
|----------------------|----------|
| Spokane County Clerk's Office | Eastern District of Washington |
| Spokane Tribe of Indians | Eastern District of Washington |
| All About Drywall | Eastern District of Washington |
| Career Path Services | Eastern District of Washington |
| Marks Construction | Eastern District of Washington |

INDICTMENT – 4

| The Truss and Building Supply Co. | Western District of Washington |
| Pittsburgh Project LLC. | Pittsburgh, PA |
| Lauren C. Pendergraft Inc. | Spokane, WA |

## Overview of the Conspiracy

5.      Beginning no later than on or about February 14, 2019, and continuing until at least on or about September 23, 2019, in the Eastern District of Washington, Defendants, ANDREA L. BREITHAUPT, MICHELLE M. ZAT (a/k/a "Shelley Zat"),, BRITTNEY R. MORGAN, SASHA M. BARAJAS, JEROME L. MCCLELLAND, ALICIA A. LOPEZ, ASHLEE M. MCELROY, SUSAN D. WILKINS (a/k/a "Danny"), AUSTIN A. WUEST, TERRI L. JACKSON, STEVEN EVANS, KACIE L. KLUNDT, KIMBERLEE S. KYLES, KRISTIE M. BLOCH, MARK A. PRESTON, SHEENA K. ELLER, PATRICK D. HUGHES, MARCUS S. HAWKINS, CHRYSTAL M. ZARATE-CRUZ (a/k/a "Greenie"), and WILLIAM H. CAMERON did conspire to knowingly execute a scheme and artifice to defraud various financial institutions and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, and under the custody or control of financial institutions, by means of false or fraudulent pretenses, representations, or promises.

6.      Defendants' fraudulent scheme included stealing checks from multiple sources; creating and/or altering checks and/or identification documents to obtain money from financial institutions, and opening accounts by depositing small amounts of money with financial institutions so they could fraudulently obtain more money by withdrawing substantially more money than they deposited from the financial institutions

INDICTMENT – 5

7.  In this manner, and as described further herein, Defendants fraudulently obtained checks/securities for an amount of at least $105,839.69 and fraudulently sought at least $192,020.80 before Defendants' fraudulent scheme was uncovered.

## COUNT 1

8.  The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 7 of the indictment as if fully set forth herein.

9.  Beginning no later than on or about February 14, 2019, and continuing until at least on or about September 23, 2019, in the Eastern District of Washington, Defendants, ANDREA L. BREITHAUPT, MICHELLE M. ZAT (a/k/a "Shelley Zat"),, BRITTNEY R. MORGAN, SASHA M. BARAJAS, JEROME L. MCCLELLAND, ALICIA A. LOPEZ, ASHLEE M. MCELROY, SUSAN D. WILKINS (a/k/a "Danny"), AUSTIN A. WUEST, TERRI L. JACKSON, STEVEN EVANS, KACIE L. KLUNDT, KIMBERLEE S. KYLES, KRISTIE M. BLOCH, MARK A. PRESTON, SHEENA K. ELLER, PATRICK D. HUGHES, MARCUS S. HAWKINS, CHRYSTAL M. ZARATE-CRUZ (a/k/a "Greenie"), and WILLIAM H. CAMERON and other persons both known and unknown to the Grand Jury, did willfully, with intent to further the objects of the conspiracy, knowingly combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury to knowingly and with intent to defraud, execute and cause the execution of a scheme and artifice to defraud one or more financial institutions, as defined by 18 U.S.C.§ 20, which scheme and artifice would employ material falsehoods, to knowingly and with intent to defraud, execute, and cause the execution of a scheme and artifice to obtain moneys, funds, credits, assets, or other property owned by, and under the custody and control of, one or more financial

INDICTMENT – 6

1  institutions, by means of false and fraudulent pretenses, representations, or

2  promises relating to a material fact, in violation of 18 U.S.C. §§ 1349,

3  1344(1) and (2).

## PURPOSE OF THE CONSPIRACY

4  10.  It was the purpose of the conspiracy for Defendants to unlawfully

5  enrich themselves and their co-conspirators by, among other things: (a)

6  unlawfully obtaining financial institution account data, including checks,

7  credit cards and credit card accounts, and identifying information of a real

8  person, including forms of identification that had been issued to real person

9  victims; (b) creating counterfeit and false driver's licenses and identification

10  cards to use as personal identification when negotiating actual, forged, and

11  counterfeit checks; (c) creating forged, altered, and counterfeit checks; (d)

12  recruiting and using check runners to negotiate forged, altered, and counterfeit

13  checks at various locations; (e) causing forged, altered, and counterfeit checks

14  to be presented for payment by financial institutions based on material

15  misrepresentations; (f) unlawfully using forged, altered, and counterfeit

16  checks for payment for goods based on material misrepresentations; and (g)

17  unlawfully using means of identification of real person victims and others, in

18  order in order to conceal Defendants' and their co-conspirators' involvement in

19  the fraud scheme.

## WAYS, MANNERS, AND MEANS OF THE CONSPIRACY

20  11.  The manner and means by which Defendants sought to

21  accomplish the objects and purpose of the conspiracy included, among others,

22  the following:

*Obtaining Bona Fide Victim Information*

12.    Beginning no later than on or about February 14, 2019, and continuing until at least on or about September 23, 2019, in the Eastern District of Washington, Defendants unlawfully obtained financial and personal identifying information, including names, addresses, social security numbers, and banking and account information of real person victims.  Defendants obtained that information from various sources, but primarily through the theft of mail.

*Forging, Altering, and Counterfeiting Checks*

13.    Defendants falsely and fraudulently altered stolen checks to make them payable to themselves and their co-conspirators and created, and caused to be created, forged and counterfeit checks, and negotiated and attempted to negotiate such checks for their own use and benefit and in furtherance of the conspiracy.

*Use of Bank Accounts*

14.    Defendants also used and attempted to use fraudulently opened consumer accounts at financial institutions in the name of real person victims, for Defendants' use and benefit and in furtherance of the conspiracy.

**COUNTS 2 through 87**

15.    Paragraphs 1 through 14 of this Indictment are re-alleged and fully incorporated herein by reference.

16.    Beginning no later than on or about February 14, 2019, and continuing until at least about September 23, 2019, in the Eastern District of Washington, ANDREA L. BREITHAUPT, MICHELLE M. ZAT (a/k/a "Shelley Zat"), BRITTNEY R. MORGAN, SASHA M. BARAJAS, JEROME L. MCCLELLAND, ALICIA A. LOPEZ, ASHLEE M. MCELROY, SUSAN D. WILKINS (a/k/a "Danny"), AUSTIN A. WUEST, TERRI L. JACKSON,

INDICTMENT – 8

STEVEN EVANS, KACIE L. KLUNDT, KIMBERLEE S. KYLES, KRISTIE M. BLOCH, MARK A. PRESTON, SHEENA K. ELLER, PATRICK D. HUGHES, MARCUS S. HAWKINS, CHRYSTAL M. ZARATE-CRUZ (a/k/a "Greenie"), and WILLIAM H. CAMERON, knowingly executed a scheme or artifice to defraud various financial institutions, and to obtain any of the moneys, funds, credits assets, securities, and other property owned by, and under the custody or control of financial institutions, by means of false or fraudulent pretenses, representations, or promises, in violation of 18 U.S.C. § 1344(1), (2).

### *Execution of Bank Fraud and Artifice*

17.    On or about the dates specified as to each count below, in the Eastern District of Washington, the defendants specified as to each count below did execute and attempt to execute, and cause the execution of, a scheme and artifice to defraud financial institutions, as defined by 18 U.S.C. § 20, which scheme and artifice employed material falsehoods, and did knowingly, and with the intent to defraud, execute, attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of, financial institutions by means of false and fraudulent pretenses, representations, and promises, as more particularly described below:

| COUNT | DATE | DEFENDANT(S) | EXECUTION |
|---|---|---|---|
| 2 | February 14, 2019 | MORGAN, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 92797) imprinted as the account of 'Career Path Services' in the amount of $997.54, deposited into Defendant MORGAN's Horizon Credit Union account in Spokane County, WA, via mobile deposit. |

INDICTMENT – 9

| 3 | February 15, 2019 | MORGAN, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 4437085) imprinted as the account of 'John Hancock' in the amount of $528.54, deposited via mobile deposit into Defendant MORGAN's Horizon Credit Union account located in Spokane County, WA. |
| 4 | March 15, 2019 | ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered check imprinted as the account of 'All About Drywall' (no. 71333) in the amount of $987.34, deposited into Defendant ZAT's account at Cheney Federal Credit Union located in Spokane County, WA. |
| 5 | March 15, 2019 | MORGAN, BREITHAUPT, ZAT | Negotiated stolen and fraudulently altered check (no. 71330) imprinted as the account of 'All About Drywall' in the amount of $981.49, made payable to Defendant ZAT and deposited into Defendant MORGAN's Numerica Credit Union account located in Spokane County, WA. |
| 6 | April 5, 2019 | MCCLELLAND, MORGAN, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 53854) check imprinted as the account of 'P. D. M.' in the amount of $983.99 and deposited to Defendant MCCLELLAND's account at Washington Trust Bank located in Spokane County, WA. |

INDICTMENT – 10

| 7 | April 6, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered check (no.323411) imprinted as the account of 'Spokane County Clerk's Office' in the amount of $893.98, deposited into Defendant BARAJAS' Horizon Credit Union account located in Spokane County, WA. |
| 8 | April 6, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 12098) imprinted as the account of 'Kyotoa Longview Inc.' made payable to F.K. in the amount of $590.34, deposited into Defendant BARAJAS' Horizon Credit Union account located in Spokane County, WA. |
| 9 | April 8, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered check (no.71341) imprinted as the 'All About Drywall' in the amount of $1995.34, cashed at Horizon Credit Union in Moses Lake on Defendant BARAJAS' Horizon Credit Union account located in Spokane County, WA. |
| 10 | April 8, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2121) imprinted as the account of 'F.R.' in the amount of $285.56 made payable to Defendant BARAJAS, deposited at STCU into BARAJAS' Horizon Credit Union account located in Spokane County, WA. |

INDICTMENT – 11

| 11 | April 8, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2142) imprinted as the account of 'F.R.' in the amount of $400.00, deposited at Spokane Teacher's Credit Union into Defendant BARAJAS' Horizon Credit Union account located in Spokane County, WA |
| --- | --- | --- | --- |
| 12 | April 8, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2120) imprinted as the account of 'F.R.' in the amount of $384.26 made payable to Defendant BARAJAS, deposited at STCU into Defendant BARAJAS' Horizon Credit Union account located in Spokane County, WA |
| 13 | April 11, 2019 | BARAJAS, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 93664) imprinted as the account of 'The Truss and Building Supply Co.' in the amount of $984.92, deposited at STCU into Defendant BARAJAS' Horizon Credit Union account located in Spokane County, WA. |
| 14 | May 9, 2019 | WILKINS, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 71342) imprinted as 'All About Drywall' in the amount of $585.44, deposited into Defendant WILKINS' STCU account located in Spokane County, WA. |

INDICTMENT – 12

| 15 | May 9, 2019 | WILKINS, BREITHAUPT | Use of Defendant WILKINS' STCU debit card and PIN to make a fraudulent withdrawal in the amount of $500.00 at a STCU ATM located in Spokane County, WA. |
| 16 | May 10, 2019 | WILKINS, BREITHAUPT | Negotiated stolen and fraudulently altered 'MRK Construction' check (no. 1814) in the amount of $1,024.89, deposited in Defendant WILKINS' Numerica Credit Union account at a Global Credit Union ATM located in Spokane County, WA. |
| 17 | May 12, 2019 | WILKINS, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2194) imprinted as the account of 'F.R.' in the amount of $1,002 made payable to Defendant WILKINS, deposited into Defendant WILKINS' Numerica Credit Union account at a Numerica Credit Union ATM located in Spokane County, WA. |
| 18 | May 13, 2019 | WILKINS, BREITHAUPT | Negotiated stolen and fraudulently altered check (no. 71343) imprinted as the account of 'All About Drywall' in the amount of $1,004.89, deposited via mobile deposit into Defendant WILKINS' Numerica Credit Union account located in Spokane County, WA. |

INDICTMENT – 13

| 19 | May 13, 2019 | WILKINS, BREITHAUPT, ZAT | Negotiated stolen and fraudulently altered 'Georgia's Own Credit Union' check (no. 52253) in the amount of $1,025.00 made payable to Defendant ZAT, deposited via an ATM into WILKINS' Numerica Credit Union account located in Spokane County, WA. |
| 20 | May 21, 2019 | MORGAN, MCCLELLAND, BREITHAUPT | Attempted to cash negotiated stolen and fraudulently altered Banner Bank check (no. 5286) imprinted as the account of 'D.N., K.N. & L.N.' in the amount of $500.00, made payable to Defendant MORGAN at Mountain West Bank, located in Spokane County, WA. |
| 21 | June 1, 2019 | BREITHAUPT | Negotiated stolen and fraudulently altered Boeing Employees Credit Union check (no. 1818) imprinted as 'MRK Construction' in the amount of $1,026.89 made payable to T.T., deposited via mobile deposit into T.T.'s STCU account located in Spokane County, WA. |
| 22 | June 1, 2019 | BREITHAUPT | Negotiated stolen and fraudulently altered Navy Federal Credit Union check (no. 10028) imprinted as the account of 'Pittsburgh Project LLC' in the amount of $582.34 made payable to T.T., deposited via mobile deposit into T.T's. |

INDICTMENT – 14

| | | | STCU account located in Spokane County, WA. |
|---|---|---|---|
| 23 | June 1, 2019 | BREITHAUPT | Use of T.T.'s Debit Card PIN without authority to make a fraudulent withdrawal from T.T.'s STCU account in the amount of $202.50 at Washington Trust Bank in Spokane County, WA. |
| 24 | June 1, 2019 | BREITHAUPT | Use of T.T.'s Debit Card PIN without authority to make a fraudulent withdrawal from T.T.'s STCU account in the amount of $502.50 at Washington Trust Bank in Spokane County, WA. |
| 25 | June 9, 2019 | BREITHAUPT | Negotiated stolen and fraudulently altered Cheney Federal Credit Union check (no. 5205) imprinted as the account of 'D.N., K.N. & L.N.' in the amount of $500.00 made payable to S.S., deposited into S.S.'s STCU account at a STCU ATM located in Spokane County, WA. |
| 26 | June 10, 2019 | BREITHAUPT | Negotiated stolen and fraudulently altered Cheney Federal Credit Union check (no. 5209) imprinted as the account of 'D.N., K.N., & L.N.' in the amount of $520.00 made payable to S. S., deposited via mobile deposit into S. S.'s Spokane Teachers Credit Account located in Spokane County, WA. |

INDICTMENT – 15

| 27 | July 11, 2019 | ZAT, LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3026) imprinted as the account of 'R. C.' in the amount of $585.65 made payable to Defendant LOPEZ was deposited into Defendant LOPEZ's STCU bank account at a STCU ATM located in Spokane County, WA. |
| --- | --- | --- | --- |
| 28 | July 11, 2019 | ZAT, LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3028) imprinted as the account of 'R. C.' in the amount of $585.65 made payable to Defendant LOPEZ. and deposited, via mobile deposit, into Defendant LOPEZ'S STCU account at a STCU ATM located in Spokane County, WA. |
| 29 | June 20, 2019 | ZAT, MCELROY | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 1044) imprinted as the account of 'W. J.' in the amount of $684.00 made payable to Defendant MCELROY, deposited via mobile deposit into Defendant MCELROY's STCU Account located in Spokane County, WA. |
| 30 | June 20, 2019 | ZAT, MCELROY | Negotiated a stolen and fraudulently altered Numerica Credit Union check (no. 1048) imprinted as the account of 'W.J.' in the amount of $768.54 |

INDICTMENT – 16

| | | | made payable to Defendant MCELROY, deposited into Defendant MCELROY's STCU Account at a Numerica Credit Union ATM located in Spokane County, WA. |
|---|---|---|---|
| 31 | June 21, 2019 | ZAT, MCELROY | Negotiated stolen and fraudulently altered Banner Bank check (no. 2300) imprinted as the account of 'R.R & D.R.' in the amount of $556.37 made payable to Defendant MCELROY, deposited via mobile deposit into Defendant MCERLROY's STCU account located in Spokane County, WA. |
| 32 | June 21, 2019 | ZAT, MCELROY | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 1045) imprinted as the account of 'W.J.' in the amount of $745.00 made payable to Defendant MCELROY, deposited into Defendant MCERLROY's STCU account at a STCU ATM located in Spokane County, WA. |
| 33 | June 26, 2019 | HUGHES, BREITHAUPT | Used Defendant HUGHES' fraudulent Idaho Central Credit Union (ICCU) account and ICCU Debit Card to make fraudulent withdrawals and transfers totaling a loss of approximately $1,800 on Defendant HUGHES' ICCU account in Spokane County, WA. |

INDICTMENT – 17

| 34 | June 28, 2019 | KYLES, BREITHAUPT | Used Defendant KYLES' fraudulent ICCU account and ICCU Debit Card to make fraudulent withdrawals and transfers totaling a loss of approximately $800.00 on KYLES' ICCU account in Spokane County, WA. |
| 35 | June 29, 2019 | ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 1795) imprinted as the account of 'Lauren C. Pendergraft Inc.' in the amount of $962.44 made payable to A.G., deposited at Numerica Credit Union located in Spokane County, WA. into A.G.'s STCU Credit Union account located in Spokane County, WA. |
| 36 | June 30, 2019 | ZAT, BREITHAUPT | Use of A.G.'s Mastercard Debit Card PIN without authority to make a fraudulent withdrawal in the amount of $500.00 at a Numerica Credit Union located in Spokane County, WA. |
| 37 | June 30, 2019 | ZAT, BREITHAUPT | Use of A.G.'s Mastercard Debit Card PIN without authority to make a fraudulent withdrawal in the amount of $500.00 at a Numerica Credit Union located in Spokane County, WA. |
| 38 | June 30, 2019 | ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Washington Trust check (no. 58419) imprinted as the account of 'Colvico Inc' in the amount of $511.23 made payable to A.G. was deposited at Numerica |

INDICTMENT – 18

| | | | Credit Union located in Spokane County, WA, into A.G.'s STCU account located in Spokane County, WA |
|---|---|---|---|
| 39 | July 9, 2019 | JACKSON, BREITHAUPT | In Spokane County, WA, used Defendant JACKSON'S fraudulent ICCU account and ICCU Debit Card to make fraudulent withdrawals and transfers totaling a loss of approximately $1,700.00 on Defendant JACKSON'S ICCU account. |
| 40 | July 13, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3037) imprinted as the account of 'R.C.' in the amount of $1,000.00 made payable to Defendant LOPEZ was deposited into Defendant LOPEZ's Numerica Credit Union account via ATM deposit at a Numerica Credit Union located in Spokane County, WA. |
| 41 | July 15, 2019 | LOPEZ, BREITHAUPT | In Spokane County, WA used Defendant LOPEZ'S fraudulent ICCU account and ICCU Debit Card to make fraudulent withdrawals and transfers totaling a loss of approximately $4,200.00 on Defendant LOPEZ's ICCU account. |
| 42 | July 15, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3035) imprinted as the account of |

INDICTMENT – 19

| | | | |
|---|---|---|---|
| | | | 'R.C.' in the amount of $1,000.00 made payable to Defendant LOPEZ, deposited via mobile deposit into Defendant LOPEZ's Numerica Credit Union account located in Spokane County, WA. |
| 43 | July 15, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3022) imprinted as the account of 'R.C.'. in the amount of $1,000.00 made payable to Defendant LOPEZ, deposited via mobile deposit into Defendant LOPEZ's Numerica Credit Union account located in Spokane County, WA. |
| 44 | July 15, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3023) imprinted as the account of 'R.C.'. in the amount of $912.00 made payable to Defendant LOPEZ, deposited via mobile deposit into Defendant LOPEZ's Numerica Credit Union account located in Spokane County, WA. |
| 45 | July 15, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3030) imprinted as the account of 'R.C.' in the amount of $1,010.00 made payable to Defendant LOPEZ, deposited into Defendant LOPEZ's Numerica Credit Union account via ATM deposit at Numerica |

INDICTMENT – 20

| | | | Credit Union located in Spokane County, WA. |
|---|---|---|---|
| 46 | July 15, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3031) imprinted as the account of 'R.C.' in the amount of $1,000.00 made payable to Defendant LOPEZ, deposited, via mobile deposit, into Defendant LOPEZ's Numerica Credit Union account located in Spokane County, WA. |
| 47 | July 15, 2019 | LOPEZ, BREITHAUPT | Negotiated stolen and fraudulently altered Bank of America check (no. 3033) imprinted as the account of 'R.C.' in the amount of $1,412.00 made payable to Defendant LOPEZ, deposited, via mobile deposit, into Defendant LOPEZ's Numerica Credit Union account located in Spokane County, WA. |
| 48 | July 17, 2019 | EVANS, ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2152) imprinted as the account of 'F.R.' in the amount of $552.84 made payable to Defendant EVANS, deposited, via mobile deposit, into Defendant EVANS' STCU account located in Spokane County, WA. |
| 49 | July 17, 2019 | EVANS, ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2153) |

| | | | |
|---|---|---|---|
| | | | imprinted as the account of 'F.R.' in the amount of $1,010.00 made payable to Defendant EVANS, deposited, via mobile deposit, into Defendant EVANS' STCU account located in Spokane County, WA. |
| 50 | July 18, 2019 | EVANS, ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2154) imprinted as the account of 'F.R.' in the amount of $1,122.84 made payable to Defendant EVANS, deposited into Defendant EVANS' STCU account at an ATM located at Numerica Credit Union in Spokane County, WA. |
| 51 | July 18, 2019 | EVANS, ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2155) imprinted as the account of 'F.R.' in the amount of $760.00 made payable to Defendant EVANS, deposited, via mobile deposit, into Defendant EVANS' STCU account located in Spokane County, WA. |
| 52 | July 18, 2019 | EVANS, ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2156) imprinted as the account of 'F.R.' in the amount of $654.00 made payable to Defendant EVANS, deposited into Defendant EVANS' STCU account at a STCU ATM |

INDICTMENT – 22

| | | | located in Spokane County, WA. |
|---|---|---|---|
| 53 | July 18, 2019 | EVANS, ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2157) imprinted as the account of 'F.R.' in the amount of $526.00 made payable to Defendant EVANS, deposited, via mobile deposit, into EVANS' STCU account, located in Spokane County, WA. |
| 54 | July 19, 2019 | KLUNDT, BREITHAUPT | In Spokane County, WA, used Defendant KLUNDT'S fraudulent ICCU account and ICCU Debit Card to make fraudulent withdrawals and transfers totaling a loss of Approximately $6,000.00 on Defendant KLUNDT'S ICCU account. |
| 55 | July 26, 2019 | ELLER, BREITHAUPT | Negotiated stolen and fraudulently altered Numerica Credit Union check (no. 2250) imprinted as the account of 'F.R.' in the amount of $1,000.00 made payable to Defendant ELLER, deposited, via mobile deposit, into Defendant ELLER'S Numerica Credit Union account located in Spokane County, WA. |
| 56 | July 26, 2019 | ELLER, BREITHAUPT | Negotiated stolen and fraudulently altered US Bank check (no. 17532) imprinted 'Pittsburgh Project LLC' in the amount of $1,000.00 made payable to Defendant ELLER and deposited into Defendant |

INDICTMENT – 23

| | | | ELLER'S Numerica Credit Union account located in Spokane County, WA. |
|---|---|---|---|
| 57 | July 26, 2019 | ELLER, BREITHAUPT | Negotiated stolen and fraudulently altered US Bank check (no. 17531) imprinted 'Pittsburgh Project LLC' in the amount of $1,033.34 made payable to Defendant ELLER and deposited into Defendant ELLER'S Numerica Credit Union account located in Spokane County, WA. |
| 58 | July 29, 2019 | ELLER, BREITHAUPT | Negotiated stolen and fraudulently altered Boeing Employees Credit Union check (no. 2020) imprinted as 'Marks Construction' in the amount of $1,098.23 made payable to Defendant ELLER and deposited into Defendant ELLER'S Numerica Credit Union account located in Spokane County, WA. |
| 59 | July 29, 2019 | ELLER, BREITHAUPT | Negotiated stolen and fraudulently altered Boeing Employees Credit Union check (no. 2021) imprinted as 'Marks Construction' in the amount of $1,000.00 made payable to Defendant ELLER and deposited into Defendant ELLER'S Numerica Credit Union account located in Spokane County, WA. |
| 60 | July 29, 2019 | ELLER, BREITHAUPT | Negotiated stolen and fraudulently altered Banner Bank check (no. 2294) imprinted as the account of |

INDICTMENT – 24

| | | | |
|---|---|---|---|
| | | | 'R.R & D.R.' in the amount of $846.26 made payable to Defendant ELLER and deposited into Defendant ELLER's Numerica Credit Union account located in Spokane County, WA. |
| 61 | July 30, 2019 | WILKINS, BREITHAUPT | Used Defendant WILKINS' fraudulent ICCU account and ICCU Debit Card to make fraudulent withdrawals and transfers totaling a loss of approximately $6,000.00 on Defendant WILKINS' ICCU account in Spokane County, WA. |
| 62 | July 31, 2019 | PRESTON, ZAT | Negotiated stolen and fraudulently altered ICCU check (no. 1501) imprinted as 'KYLES' in the amount of $740.00 made payable to Defendant PRESTON and deposited, via mobile deposit, into Defendant PRESTON'S STCU account located in Spokane County, WA. |
| 63 | July 31, 2019 | PRESTON, ZAT | Use of Defendant PRESTON'S STCU Debit Card PIN to make a fraudulent withdrawal from Defendant PRESTON's STCU account in the amount of $500.00 at a STCU ATM located in Spokane County, WA. |
| 64 | August 1, 2019 | PRESTON, ZAT, KYLES | Negotiated stolen and fraudulently altered ICCU check (no. 1503) imprinted as the account of 'KYLES' in the amount of $692.84 made |

INDICTMENT – 25

| | | | |
|---|---|---|---|
| | | | payable to Defendant PRESTON was deposited via mobile deposit into Defendant PRESTON'S STCU account located in Spokane County, WA. |
| 65 | August 1, 2019 | PRESTON, ZAT | Use of Defendant PRESTON'S STCU Debit Card PIN to make a fraudulent withdrawal in the amount of $500.00 at an ATM located in Spokane County, WA. |
| 66 | August 2, 2019 | ZAT, BREITHAUPT | Used Twin Star Visa credit card ending in 0898 without authority to make a cash advance in the amount of $203.95 at an ATM located in Spokane County, WA. |
| 67 | August 13, 2019 | WUEST, HAWKINS, MORGAN, BREITHAUPT | Use of Defendant WUEST'S ICCU Debit Card PIN to make a fraudulent purchase in the amount of $121.70 at a Wal-Mart located in Spokane County, WA. |
| 68 | August 13, 2019 | WUEST, HAWKINS, MORGAN, BREITHAUPT | Use of Defendant WUEST'S ICCU Debit Card to make a fraudulent purchase in the amount of $841.27 at a Wal-Mart located in Spokane County, WA. |
| 69 | August 13, 2019 | WUEST, HAWKINS, MORGAN, BREITHAUPT | Use of Defendant WUEST'S ICCU Debit Card to make a fraudulent purchase in the amount of $101.08 at a Wal-Mart located in Spokane County, WA. |
| 70 | August 13, 2019 | WUEST, HAWKINS, MORGAN, | Use of Defendant WUEST'S ICCU Debit Card to make a fraudulent purchase in the |

| | | BREITHAUPT | amount of $103.23 at a Wal-Mart located in Spokane County, WA. |
|---|---|---|---|
| 71 | August 27, 2019 | WILKINS, CAMERON, ZAT, BREITHAUPT | Use of Defendant CAMERON'S ICCU Debit Card PIN to make a fraudulent withdrawal in the amount of $503.00 at the Spokane Tribe Casino cage located in Spokane County, WA. |
| 72 | August 27, 2019 | WILKINS, CAMERON, ZAT, BREITHAUPT | Use of Defendant CAMERON'S ICCU Debit Card PIN to make a fraudulent withdrawal in the amount of $1,854.00 at the Spokane Tribe Casino cage located in Spokane County, WA. |
| 73 | August 27, 2019 | WILKINS, CAMERON, ZAT, BREITHAUPT | Use of Defendant CAMERON'S ICCU Debit Card PIN to make a fraudulent withdrawal in the amount of $2,472.00 at the Spokane Tribe Casino cage located in Spokane County, WA. |
| 74 | August 27, 2019 | ZARATE-CRUZ, ZAT, BREITHAUPT | Use of Defendant ZARATE-CRUZ'S ICCU Debit Card PIN to make a fraudulent withdrawal in the amount of $2,400.00 at a Chase Bank located in Spokane County, WA. |
| 75 | August 27, 2019 | ZARATE-CRUZ, ZAT, BREITHAUPT | Use of Defendant ZARATE-CRUZ'S ICCU Debit Card PIN to make a fraudulent withdrawal in the amount of $2,472.00 at the Spokane Tribe Casino cage located in Spokane County, WA. |

INDICTMENT – 27

| 76 | August 27, 2019 | ZARATE-CRUZ, ZAT, BREITHAUPT | Use of Defendant ZARATE-CRUZ'S ICCU Debit Card PIN to make a fraudulent withdrawal in the amount of $2,472.00 at the Spokane Tribe Casino cage located in Spokane County, WA. |
|---|---|---|---|
| 77 | August 28, 2019 | ZARATE-CRUZ, ZAT | Use of Defendant ZARATE-CRUZ'S ICCU Debit Card to make a fraudulent purchase in the amount of $951.15 at a Wal-Mart located in Spokane County, WA. |
| 78 | August 28, 2019 | ZARATE-CRUZ, ZAT | Use of Defendant ZARATE-CRUZ'S ICCU Debit Card to make a fraudulent purchase in the amount of $745.95 at a Wal-Mart located in Spokane County, WA. |
| 79 | August 28, 2019 | ZARATE-CRUZ, ZAT | Use of Defendant ZARATE-CRUZ'S ICCU Debit Card to make a fraudulent purchase in the amount of $208.01 at a Wal-Mart located in Spokane County, WA. |
| 80 | September 2, 2019 | ZAT, BREITHAUPT, BLOCH | Negotiated stolen and fraudulently altered Wells Fargo check (no. 2003) imprinted as the account of 'M.M.' in the amount of $1,500.00 made payable to M.P. was deposited via mobile deposit into M.P.'s STCU account located in Spokane County, WA. |
| 81 | September 22, 2019 | ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Wells Fargo check (no. 2002) imprinted as the account of |

INDICTMENT – 28

| | | | |
|---|---|---|---|
| | | | 'M.M.' in the amount of $2,850.00 made payable to M.P. and fraudulently endorsed by Defendant ZAT, deposited via mobile deposit into M.P.'s STCU account located in Spokane County, WA. |
| 82 | September 22, 2019 | ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Wells Fargo check (no. 2015) imprinted as the account of 'M.M.' in the amount of $1,000.00 made payable to M.P. and fraudulently endorsed by Defendant ZAT, deposited via mobile deposit into M.P.'s STCU account located in Spokane County, WA. |
| 83 | September 22, 2019 | ZAT, BREITHAUPT | Negotiated stolen and fraudulently altered Wells Fargo check (no. 2017) imprinted as the account of 'M.M.' in the amount of $611.03, deposited, via mobile deposit, into M. P.'s STCU account located in Spokane County, WA. |
| 84 | September 23, 2019 | BREITHAUPT | Negotiated stolen and fraudulently altered Wells Fargo check (no. 197) imprinted as the account of 'L.S.' in the amount of $584.26 made payable to R.H., deposited via mobile deposit into R.H.'s STCU account ending in 2659, located in Spokane County, WA. |

INDICTMENT – 29

| 85 | September 23, 2019 | BLOCH, BREITHAUPT | Negotiated stolen and fraudulently altered Wells Fargo check (no. 100) imprinted as the account of 'Michelle ZAT' in the amount of $750.00, deposited into Defendant BLOCH'S STCU account at a Numerica Credit Union ATM located in Spokane County, WA. |
| 86 | September 23, 2019 | BLOCH, BREITHAUPT | Use of Defendant BLOCH'S STCU Debit Card PIN to make a fraudulent withdrawal in the amount of $500.00 at a Numerica Credit Union ATM located in Spokane County, WA. |
| 87 | September 23, 2019 | BLOCH, BREITHAUPT | Use of Defendant BLOCH'S STCU Debit Card PIN to make a fraudulent withdrawal in the amount of $220.00 at a Numerica Credit Union ATM located in Spokane County, WA. |

All in violation of 18 U.S.C. § 1344(1), (2), and 18 U.S.C. § 2.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Bank Fraud

Pursuant to 18 U.S.C. § 982(a)(2)(A), upon conviction of the offense in violation of 18 U.S.C. §§ 1344, 1349, Conspiracy to Commit Bank Fraud and Bank Fraud, as set forth in this Indictment, the Defendants, ANDREA L. BREITHAUPT, MICHELLE M. ZAT (a/k/a "Shelley Zat"), CHRYSTAL M. ZARATE-CRUZ (a/k/a "Greenie"), ALICIA A. LOPEZ, SASHA M. BARAJAS,

INDICTMENT – 30

BRITTNEY MORGAN, SUSAN WILKINS (a/k/a "Danny"), JEROME L.
MCCLELLAND, ASHLEE M. MCELROY, AUSTIN A. WUEST, TERRI L.
JACKSON, STEVEN EVANS, KACIE L. KLUNDT, KIMBERLEE S. KYLES,
KRISTIE M. BLOCH, MARK A. PRESTON, SHEENA K. ELLER, PATRICK D.
HUGHES, MARCUS S. HAWKINS, and WILLIAM H. CAMERON, shall forfeit
to the United States of America, any property constituting, or derived from,
proceeds obtained, directly or indirectly, as a result of such violation(s).  The
property to be forfeited includes, but is not limited to, the following:

<u>MONEY JUDGMENT</u>

A sum of money in United States currency representing the amount
of proceeds obtained as a result of the bank fraud offense(s).

If any of the property described above, as a result of any act or omission of
the Defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided
    without difficulty,

//
//
//
//
//
//

INDICTMENT – 31

1   the United States of America shall be entitled to forfeiture of substitute property

2   pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28

3   U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. §

4   2461(c).

5

6        DATED this 21st day of September, 2022.

7

8

9

10

11

12   _Vanessa Waldref_

13   Vanessa R. Waldref

14   United States Attorney

15

16   _Earl A. Hicks_

17   Earl A. Hicks

18   Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

INDICTMENT – 32

